# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                                             : NO.  921
                                                   :
DESIGNATION OF CHAIR AND VICE-   : SUPREME COURT RULES DOCKET
CHAIR OF THE CONTINUING              :
JUDICIAL EDUCATION BOARD OF        :
JUDGES                                          :

## ORDER

**PER CURIAM**

     **AND NOW,** this 9th day of November, 2022, the Honorable Steven C. Tolliver, Sr., is hereby designated as Chair, and the Honorable Alice B. Dubow, is designated as Vice-Chair, of the Continuing Judicial Education Board of Judges, commencing December 31, 2022.